FIRST NATIONAL BANK OF CODY v. STOUT, ET AL.

(No. 846; Decided April 3rd, 1916; 156 Pac. 45.)

ERROR to the District Court, Hot Springs County; HON. CARROLL H. PARMELEE, Judge.

On motion to dismiss proceedings in error.

*W. L. Walls,* for plaintiff in error.

*E. E. Enterline,* for defendants in error.

PER CURIAM.

This case is in the same situation as No. 845, 156 Pac. 45, between the same parties, this day decided, and for the same reasons stated in the opinion in that case the proceeding in error in this case must be dismissed, and an order will be so entered.